# RETURN

| Date Warrant Received | Date and Time Warrant Executed | Copy of Warrant and Receipt for Items Left With |
|---|---|---|
| 5/15/08 | 5/21/08  1415 HRS | KITCHEN TABLE |

Inventory Made in the Presence of
ATF SPECIAL AGENTS: JEFF GAINES, SHAWN STALLO, DAVID PAIT

Inventory of Person or Property Taken Pursuant to the Warrant  OTHERS ASSISTING IN SEARCH: COX-McCLAIN, WILDT, REEVES, SANFORD, HYMAN & GCSO DEPUTIES MIKE ATWELL, MIKE LEWIS, SCDNR OFFICERS: SGT KEN LEAGUE & LT LARRY SNIPES

SEE ATTACHED LIST OF ITEMS RECOVERED

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_
U. S. District Judge or Magistrate Judge

5-28-08
Date

United States Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
Greenville/Asheville Field Office

## EVIDENCE CONTROL LOG

| Item Number | Description of Evidence | Serial Number | Found By | Location | Other |
|---|---|---|---|---|---|
| 1 | Colt 22LR, Model: Woodsman SW:31495-3 with holster+mag | 31495-3 | C. Wildt | Kitchen Cabinet | |
| 2 | 9 rounds of ammunition | | C. Wildt | Kitchen Cabinet | |
| 3 | .22 caliber + 30-06 cal. ammunition | | C. Wildt | Kitchen Cabinet | |
| 4 | Smith & Wesson Pistol model: SW40VE with holster with laser sight & 2 mags. | PBN1094 | M. Lewis (GCSO) S. Gaines | Kitchen Chair (safe) | |
| — | | | | | |
| 5 | 20 Rounds of .40 caliber ammunition | | M. Lewis (GCSO) J. Gaines | Kitchen Chair (safe) | |
| 6 | 46 Pounds of Wolf ammunition | | M. Lewis (GCSO) J. Gaines | Kitchen Chair (safe) | |
| 7 | .22 caliber magazine | | D. Pait | Master Bedroom | |
| 8 | 2008 Gun Illustrated magazine | | D. Pait | Great Room | |
| 9 | Misc. Paperwork | | C.J. Hyman | Kitchen counter | |
| | —Nothing— | | /s/ DWS | | |
| | | | | | |

IN Number: 763055-08-0122
Incident Location: 140 Pinnacle Lake Rd, Marietta, SC 29661
Date: 05-21-08

Page 1 of 1

AO 93 (Rev. 5/85) Search Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

**ORIGINAL**

In the Matter of the Search of

**SEARCH WARRANT**

Premises and vehicles located at 140 Pinnacle Lake Road, Marietta, South Carolina, more fully described below

Criminal Number  8:08 - 468

TO: Rey Garcia, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives, and any other Authorized Officer of the United States:

Affidavit(s) having been made before me by Rey Garcia, who has reason to believe that on the premises known as 140 Pinnacle Lake Road, Marietta, South Carolina, 29661, described as a wood and brick single detached family house set approximately 100 feet off the road, described as having red brick on the front of the residence, and natural wood; with a half circle driveway in front with a standing basketball hoop; to the left of the main residence, there is a white detached garage with a single door facing the house and an American flag on the front, above the door; behind the main residence is a storage building, natural wood with red shutters, two windows and one door; to the left of the storage building is a smaller off-white storage building with a green shingle roof and no windows; to the left of that structure is a metal carport with a green roof; also on the property is a white camper with cinder blocks stacked beside it; the main residence, the two storage units, the camper and the carport all face Pinnacle Lake Road; to include any safes located on the premises; any vehicles located on the premises that are directly associated with the residence or under the control of James Alvin HILL and the residents of his home, to include a Blue Mitsubishi Eclipse, a camouflage compact pickup truck, and a white camper; the premises are located by starting at the Ingles Shopping Center at 1500 Geer Hwy, Travelers Rest, SC, toward Ebenezer Church Rd., traveling northwest on Geer Hwy/US-276 for 8.6 miles, turning right onto River Falls Road and traveling 2.9 miles, turning left onto Oil Camp Creek Road/ SC-S-23-578 and traveling 0.4 miles, turning left onto Pinnacle Lake Road and ending at 140 Pinnacle Lake Road in Marietta, SC 29661-9791; estimated travel time is 22 minutes and estimated distance is 11.97 miles; number 140 will be the first residence on the right-hand side of Pinnacle Lake Road (see photographs in Attachment A); which is described as in the District of South Carolina, there is now concealed a certain person or property, namely (1) any and all firearms and/or ammunition regulated by the National Firearms Act (NFA) and the Gun Control Act of 1968(GCA) including but not limited to machine guns, suppressors, short barreled shotguns and destructive devices, as well as other items pertaining to the manufacturing of NFA weapons, possession of firearms, and receipts for the purchase, transfer and/or repair of all these items; (2) any combination of parts of firearms associated with the manufacturing of NFA weapons, including parts or components discarded after firearm alteration or obliteration; (3) the following books, records, documents or photographs, whether contained on paper in handwritten, typed, photocopied or printed form or stored on computer printouts, magnetic tape cassette, photo-optical devices, photographic film, electronic medium or any other medium: (a) books or records of transactions for services rendered or sales or transfers including, ledgers, bank statements bills of sale, invoices, money drafts, bank checks, items that have moved through the mails or by a common carrier and other items evidencing the servicing, obtaining, transfer, and/or purchasing of NFA or GCA firearms or firearm components; (b) indicia of occupancy, business license, residency, and/or ownership of real estate, including, but not limited to utility and telephone bills, titles, correspondence, property tax statements, canceled envelopes, and keys; (c) photographs, including still photographs, negatives, videotapes, films, or undeveloped film that reveal firearms, ammunition, and/or co-conspirators; (d) address and/or telephone books and any papers or instruments reflecting names, addresses, and/or telephone numbers of co-conspirators, sources of supply of firearms and/or ammunition, customers of firearms and/or ammunition; I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before May 25, 2008 (not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the search **in the daytime - 6:00 a.m. to 10:00 p.m.** and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to William M. Catoe, United States Magistrate Judge, as required by law.

Nighttime search specifically authorized:    ☐ Yes    ■ No
Issued 2:15 p.m., May 15, 2008, at Greenville, South Carolina.

William M. Catoe
United States Magistrate Judge

_____
Signature of Judicial Officer

## ATTACHMENT A



